IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HANSEN-RICE, INC., )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>CELOTEX CORPORATION, a )<br>Delaware Corporation, and Does )<br>1 through 10 Inclusive, )<br>)<br>        Defendants. )<br>_____ )<br>CELOTEX CORPORATION, )<br>)<br>        Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>THE DOW CHEMICAL )<br>COMPANY, a Delaware )<br>Corporation, and LARRY DEE VAN )<br>SICKLE, an Individual, )<br>)<br>        Third-Party Defendants. )<br>_____) | Case No. CV-04-101-S-BLW<br><br>**FINAL JUDGMENT AS TO THIRD-PARTY DEFENDANT DOW CHEMICAL AND RULE 54(b) CERTIFICATION** |

       In accordance with the terms of the Memorandum Decision filed with this Judgment,

       NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED, that the motion for fees and costs (Docket No. 88) is GRANTED IN PART AND DENIED IN PART.  It is granted to the extent it seeks a fee and cost award of $157,206.78 for Dow against Celotex.  It is denied in all other respects.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Court's decision of February 7, 2006 (Docket No. 79), along with this Judgment and accompanying Memorandum Decision, are hereby CERTIFIED FINAL PURSUANT TO RULE 54(b).



DATED:  **June 7, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court